No. 77–5792. KORDJA v. NEW JERSEY. Motion for leave to file petition for writ of certiorari denied.

No. 77–5873. SELLARS v. BUSCH ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 77–742. MILLER, DIRECTOR, DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF ILLINOIS, ET AL. v. YOUAKIM ET AL. Appeal from C. A. 7th Cir. Probable jurisdiction noted. MR. JUSTICE STEVENS took no part in the consideration or decision of this matter. 

No. 77–837. NEW MOTOR VEHICLE BOARD OF CALIFORNIA ET AL. v. ORRIN W. FOX CO. ET AL.; and
No. 77–849. NORTHERN CALIFORNIA MOTOR CAR DEALERS ASSN. ET AL. v. ORRIN W. FOX CO. ET AL. Appeals from D. C. C. D. Cal. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 440 F. Supp. 436.

No. 77–888. VITEK, DIRECTOR, DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. v. JONES ET AL. Appeal from D. C. Neb. Probable jurisdiction noted. 

No. 77–5903. CORBITT v. NEW JERSEY. Appeal from Sup. Ct. N. J. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

No. 77–539. ZENITH RADIO CORP. v. UNITED STATES. C. C. P. A. Certiorari granted.